**Electronically Filed**
**Supreme Court**
**SCWC-12-0000034**
**28-AUG-2013**
**02:13 PM**

SCWC-12-0000034

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

JOSEPH VAIMILI, Respondent/Defendant-Appellee,

and

FREEDOM BAIL BONDS, Petitioner/Surety-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000034; CR. NO. 09-1-0410)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The Application for Writ of Certiorari filed on July 19, 2013 by Petitioner/Surety-Appellant Freedom Bail Bonds is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be held in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, August 28, 2013.

Matthew N. Padgett,
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

